C
O
P
Y

The State of Texas

OFFICE OF THE ATTORNEY GENERAL OF TEXAS

Austin

Gerald C. Mann
Attorney General

Honorable Mortimer Brown
Executive Secretary
Teacher Retirement System of Texas
Austin, Texas

Dear Sir:                          Opinion No. O-3557
                                   Re: Distribution of accumulated
                                       contributions of Katie Ruth
                                       Blankenship, a deceased teacher

        In your letter of May 15, 1941, you advise us of the
following facts:

        Katie Ruth Blankenship, who was a member of the
Teacher Retirement System at the time of her death, died
on April 11, 1941, survived by her mother, Mrs. Julia
Rowlette Anderson, as her designated beneficiary. Mrs.
Anderson filed with the Teacher Retirement System her
affidavit in proper form claiming the amount thus due
her as such beneficiary, but before payment thereof Mrs.
Anderson herself died.

You request our opinion in response to the following three ques-
tions:

        "Should the Comptroller be requested to issue
a warrant in favor of Mrs. Anderson?  If so, what
should be done with the warrant?  Should the Teacher
Retirement system settle the case by paying the
money to the various heirs of Mrs. Anderson?"

        Since Mrs. Anderson is dead and the System has been ad-
vised of that fact the Comptroller should not be requested to issue
a warrant in her favor, this in answer to your first question.
Since you second question depends upon a different answer from

the above to your first question, such second question need not be noticed further. Since Mrs. Anderson was the beneficiary named by her daughter, upon the death of the latter such accumulated contributions became the property of Mrs. Anderson and descended to her heirs. As indicated in a previous opinion to you, the contributions should be paid to the administrator of Mrs. Anderson if an administration is had upon her estate. However, if there is no such administration the Teacher Retirement System should settle the case by paying the money to the various heirs of Mrs. Anderson.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By /s/ Glenn R. Lewis
Glenn R. Lewis
Assistant

CRL:db

APPROVED MAY 22, 1941

/s/ Grover Sellers

FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED OPINION COMMITTEE
By BWB Chairman